**Order filed September 27, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00430-CV
_____

## IN THE MATTER OF THE MARRIAGE OF CLIFFORD LAYNE HARRISON AND CONNIE V. HARRISON, Appellant

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-68864**

## O R D E R

The clerk's record was filed August 15, 2015. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) Demand for Jury Trial, filed July 13, 2007; (2) Order Granting Withdrawal of Attorney, signed April 11, 2013; (3) Order Granting Withdrawal of Attorney, signed August 28, 2013; (4) Order Granting Withdrawal of Attorney, signed March 25, 2014 (5) Order Granting Withdrawal of Attorney, signed April 7, 2014; (6) Order Granting Withdrawal of Attorney, signed September 5, 2014: (7) Order Granting Withdrawal of Attorney, signed December 22, 2014.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before October 9, 2017, containing (1) Demand for Jury Trial, filed July 13, 2007; (2) Order Granting Withdrawal of Attorney, signed April 11, 2013; (3) Order Granting Withdrawal of Attorney, signed August 28, 2013; (4) Order Granting Withdrawal of Attorney, signed March 25, 2014 (5) Order Granting Withdrawal of Attorney, signed April 7, 2014; (6) Order Granting Withdrawal of Attorney, signed September 5, 2014: (7) Order Granting Withdrawal of Attorney, signed December 22, 2014.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM